AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**FILED**
JAMES J. VILT, JR. - CLERK
NOV 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| United States of America<br>v.<br><br>Scott Nathaniel Allison<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21MJ-135-HBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 17, 2021__ in the county of __Barren__ in the __Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Theodore R. Curtis III, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/17/2021

_____
*Judge's signature*

City and state: Bowling Green, Kentucky     H. Brent Brennenstuhl, U.S. Magistrate Judge
*Printed name and title*