FILED
JAMES J. VILT, JR. - CLERK
NOV 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1:21MJ-135-HBB

### AFFIDAVIT IN SUPPORT OF
### A CRIMINAL COMPLAINT

I, Theodore R Curtis III, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) employed by the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI) and I have been so employed since November 2000. I am currently assigned to HSI Bowling Green, Kentucky.

2. As part of my official duties as an HSI Special Agent, I investigate criminal violations relating to the sexual exploitation of children and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, et. seq. I have received training in child pornography and child exploitation investigations and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)), in all forms of media including computer media during law enforcement training and experiences. I have also received training and instruction in the field of investigating child pornography. I have also conducted numerous investigations pertaining to child pornography and child exploitation since June 2008.

### BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

3. On November 1, 2021, a Homeland Security Investigations (HSI) Boston, Special Agent requested assistance from HSI Bowling Green pertaining to an ongoing investigation of Scott ALLISON. HSI Boston relayed information to HSI Bowling Green that ALLISON, had been utilizing Username 1 and Username 2 on various dark web sites using the Tor browser. A HSI Boston Undercover (UC)

Agent observed ALLISON utilizing Username 1 advertised and posted links containing child sexual abuse images.

   a. 04-13 07:17:24 - SUSPECT USERNAME 1 - [image1]
   b. 04-13 07:22:37 - SUSPECT USERNAME 1- Cute little William. [image2]
   c. 04-13 08:08:45 - SUSPECT USERNAME 1- [image3]
   d. 04-13 08:11:56 - SUSPECT USERNAME 1- Needs a little coaxing. [image4]
   e. 04-13 08:17:36 - SUSPECT USERNAME 1- Cute little guy. [image5]

4. The Boston UC executed the links and viewed the files. They are described as follows:

   a. [image1]: This image is of an adult male with an erect penis pushing it into the anus of a prepubescent male child.

   b. [image2]: This image is of a prepubescent boy approximately eight years old, who is naked laying on his back with his penis and testicles in view.

   c. [image3]: This image is of a of an adult male licking the penis of a prepubescent boy.

   d. [image4]: This image is of a prepubescent boy approximately 2 years old. It appears the child's pants and underwear are being pulled down, exposing his penis.

   e. [image5]: This image is of a prepubescent boy approximately four years old. The child is naked with his penis and testicles in view.

5. Additionally, HSI Boston provided the following excerpts from messages that ALLLISON posted using Username 2 on identified sites known as Website B and Website C:

   a. **Website C:**

      i) 5/23/2019  *I don't really know how big the risk is on imgsrc. I go there a lot but lately there isn't a whole lot on there. I think the mods have gotten a bit tighter on what they will allow in an album. I've got a couple of select people I do trade with but always get a bit scared when somebody emails me requesting stuff. That's how I'd do it if I were the feds to find traders. If they request first and I send them something, I'm guilty of trading cp. I believe if they send*

  *first, they probably can't charge anyone as they instigated the trade, they'd be guilty of distributing, and it would be considered entrapment. I'm not a lawyer though so it's just my thinking. I'm also not 100% sure that this onion site is secure on a TOR browser. They say it is but all the law needs to find somebody is their IP address. Every time I read a news article about a large group, or just one person, being charged with distribution; it scares me a little. I've got a friend who's uncle was trading with a group and they tracked him down and found him. The guy is severely handicapped so I think they took it easy on him. However, my friend has a ten year old son and manages a bowling center. His uncle can have no contact with his son and can't go to the bowling center as they will be kids there. My friend lives with his dad and his uncle lives there too. He can't have his son stay with him at any time while his uncle is there. He's divorced so his son now has to spend most of his time with his mother. He does have joint custody but the boy can't go stay with him.*

 ii) *5/25/2019 Not sure if this topic has ever been brought up before; but it's worth bringing up regardless. My question is, how much of a pedo is every adult male? Lemme splain with a short story. I dated a girl when I was a lot younger, 18, who was 15 at the time. She had two younger brothers who were very cute, the youngest just a little guy. We parted ways and I ended up in the navy.*

b. Website B:

 i) *12/14/2019 I think that was my vote that was backing you up when you first put this pole up,xxxxxxxxx. I spent seven years on the field when my oldest son was playing youth baseball. I absolutely loved seeing the seat of a boy's baseball pants wrap around his bottom; not to mention watching them constantly adjusting their cup to protect the little*

> *packages inside. With an added bonus, you can easily tell what kind of underpants they like to wear with the outline drawn out in those pants; I'm a sucker for the tighty whities.*

6. On November 16, 2021, HSI Boston SA Squire applied for and obtained a federal search warrant for ALLISON's residence in Glasgow, Kentucky.

7. On November 17, 2021, HSI Bowling Green, HSI Boston, and Kentucky State Police served the search warrant at ALLISON's residence.

8. During the search warrant an external hard drive was located plugged into ALLISON's computer located in ALLISON's room. An on-scene preview was conducted by a Forensic Analyst and images of child exploitation were located, including the following:

    a. Image 1: a prepubescent juvenile male child, approximately 4 to 9 years of age that is nude. The child has his legs spread apart exposing his genitalia. The male child has semen exiting his anus and going down his buttock.

    b. Image 2: a prepubescent male child approximately 6 to 10 years of age. The child is nude and has a gag ball in his mouth. The child's legs are bound at the ankles with blue tape. The child's legs are bent at the knees up towards his torso and his genitalia are seen. The child has one hand covering his penis. The child has a butt plug inserted into the child's anus.

    c. Image 3: a prepubescent male child laying on his back. The child is completely nude and approximately 3 to 6 years of age. The child's arms are up over his head and his legs are apart exposing his genitalia. The child has the top off bottle inserted into his anus. The child appears to be crying in the image.

9. In ALLISON's room, officers found a box containing boy's underwear, diapers, condoms, and a box of "Ageless Male Tonight XL On Demand Support" capsules. Officers also found a silicone

mold sex toy of a boy's buttocks with partial genitalia. In Allison's bed, officers found a makeshift sex doll (a pillow wearing boy's underwear).

10. Agents arrested ALLISON. After departing ALLISON's residence, ALLISON made a spontaneous utterance to HSI Bowling Green and HSI Boston Agents, saying I just moved in and I'm sure my neighbors are going to love me for this.

## CONCLUSION

11. Based on the foregoing, there is probable cause to believe that Scott ALLISON has possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). I respectfully request that this Court issue an arrest warrant.

_____
Theodore R Curtis III
Special Agent

Sworn and subscribed before me this 17th day of November, 2021.

_____
H. BRENT BRENNENSTUHL
United States Magistrate Judge